

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00487-CV

**J.D. ABRAMS, LP**,
Appellant

v.

Tamer **MORSI**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-04210
Honorable Marialyn Barnard, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, we REVERSE the trial court's Default Judgment dated April 9, 2024 and REMAND for further proceedings.

Costs of the appeal are assessed against appellee Tamer Morsi.

Appellee Tamer Morsi's December 9, 2024 "Motion to Strike Irrelevant and Prejudicial Portions of Appellant's Brief" is DENIED.

SIGNED July 16, 2025.

_____
Lori Massey Brissette, Justice